THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By DAVID L. BRODIE, Senior Deputy (SBN 156855)
   RICKY R. SANCHEZ, Senior Deputy (SBN 107559)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:  (619) 531-5649; (619) 531-4874
Facsimile:  (619) 531-6005
E-mail: david.brodie@sdcounty.ca.gov; ricky.sanchez@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Sheriff William D. Gore, John Ferris, Aaron Hoxie, Nikholas Johnson, Benjamin Nazerian, Michael Johnson, and Edward Wilt

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SABRINA SMITH, in her capacity as Successor in Interest Tommy Christopher Tucker and as Administrator Ad Litem of the Estate of Tommy Christopher Tucker, Deceased,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D. GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON HOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAZERIAN; Deputy Sheriff EDWARD WILT, and DOES 1-20, inclusive,<br><br>            Defendants. | No. 11cv0356-JLS(WVG)<br><br>**DEFENDANTS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW**<br><br>Courtroom 3B (Schwartz)<br>Honorable Janice L. Sammartino<br>Trial Date:  None Set |

Defendants County of San Diego, Sheriff William D. Gore, John Ferris, Aaron Hoxie, Michael Johnson, Nikholas Johnson, Benjamin Nazerian, and Edward Wilt ("Defendants") submit the following Memorandum of Contentions of Fact and Law.

A.   Material Facts.

   1.   On February 22, 2009, decedent Tommy Tucker was an inmate in the San Diego central jail.

2. Mr. Tucker had been diagnosed with schizophrenia and a seizure disorder for which he received medication.

3. Jail staff provided Mr. Tucker with medical and mental health care.

4. On February 22, 2009, Mr. Tucker refused to return to his cell in response to a lockdown order.

5. In order to control Mr. Tucker and move him back to his cell, Sheriff's deputies used pepper spray, an attempted carotid restraint hold, and took him to the floor.

6. After handcuffs were placed on Mr. Tucker, deputies noticed he was having trouble breathing.

7. Nursing staff and paramedics were called and medical assistance was provided to Mr. Tucker.

8. Mr. Tucker was transported to the hospital, where he died on February 25, 2009.

9. Defendants did not violate Plaintiffs' or decedent's constitutional rights.

10. No unreasonable, unlawful, or unconstitutional force was used on decedent.

11. Defendants did not violate Plaintiffs' First, Fifth, Eighth, or Fourteenth Amendment rights.

12. Decedent's own conduct was the legal and proximate cause of his death.

B.   Points of Law.

1. Defendants did not violate Plaintiff's Fourth or Eighth Amendment rights because under the circumstances, the deputies did not use excessive or unnecessary force, did not act maliciously or sadistically for the purpose of causing harm to decedent, and did not cause harm to the decedent. Ninth Circuit Model Civil Jury Instruction 9.24.

2. Defendants did not violate Plaintiff's Eighth Amendment right to medical care because decedent did not face a serious medical or mental health need, Defendants were not deliberately indifferent to any serious medical or mental health need, and Defendants did not cause harm to the decedent. Ninth Circuit Model Jury Instruction 9.25.

3. Defendants did not violate Plaintiffs' Fourteenth Amendment due process right to familial association because the deputies acted pursuant to a legitimate penological interest, they did not act with a purpose to harm decedent, and their actions do not shock the conscience. *Porter v. Osborn,* 54 F.3d 1311 (9th Cir. 2008).

4. The individual Defendants are entitled to qualified immunity. *Pearson v. Callahan*, 555 U.S. 223 (2009).

5. Plaintiff may not recover damages for emotional distress or pain and suffering experienced by reason of decedent's death. Cal. Code of Civ. Proc. §§ 377.34; 377.61; *Krouse v. Graham*, 19 Cal.3d 59, 72 (1977); *Canavin v. Pacific Southwest Airlines*, 148 Cal.App.3d 512, 529 (1983); *County of Los Angeles v. Superior Court*, 21 Cal.4th 292, 307 (1999); *Venerable v. City of Sacramento*, 185 F.Supp.2d 1128, 1133 (E.D. Cal. 2002).

6. No claim under the First, Fourth, or Fifth Amendment is stated in Plaintiffs' First Amended Complaint.

7. A public official does not violate the Eighth Amendment's prohibition against cruel and unusual punishment unless he is deliberately indifferent to a prisoner's known serious illness or injury and intentionally denies, delays, or interferes with the inmate's receipt of medical care. *Estelle v. Gamble*, 429 U.S. 97, 104-105 (1976).

8. The inquiry into causation for 42 U.S.C. § 1983 liability must be individualized and focused on the duties and responsibilities of each individual

///

1  Defendant whose acts or omissions are alleged to have caused a constitutional
2  deprivation. *Bryan County Commissioners v. Brown*, 520 U.S. 397 (1997).
3     C. <u>Abandoned Issues</u>.
4        Plaintiffs have abandoned their claim that Defendant County of San Diego's
5  policies and/or practices were unlawful and caused Plaintiff's injuries; their claim that
6  Defendants violated decedent's right to medical care; and their claims under the First,
7  Fourth, and Fifth Amendments.
8     D. <u>Defendants' Exhibits</u>.  An exhibit list is attached.
9     E. <u>Defendants' Witnesses</u>.  A witness list is attached.

11  DATED:                              THOMAS E. MONTGOMERY, County Counsel

12                                      By s/ *David L. Brodie*
                                            DAVID L. BRODIE, Senior Deputy
13                                          RICKY R. SANCHEZ, Senior Deputy
                                        Attorneys for Defendants County of San Diego,
14                                      Sheriff William D. Gore, John Ferris, Aaron Hoxie,
                                        Nikholas Johnson, Benjamin Nazerian, Michael Johnson,
15                                      and Edward Wilt
                                        E-Mail: david.brodie@sdcounty.ca.gov

## SABRINA SMITH V. COUNTY OF SAN DIEGO, ET AL;
## No. 11cv0356-JLS(WVG)
## DEFENDANTS' EXHIBIT LIST

Defendants expect to offer the following exhibits at trial.

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | | | Video of central jail, module 6D |
| B | | | Diagram of Module 6 |
| C | | | Photographs of Module 6 and Photographs of scene, part of the In custody death report. |

Defendants may offer the following exhibits if the need arises:

| NUMBER | DATE MARKED | DATE OFFERED | DESCRIPTION |
|---|---|---|---|
| D | | | In custody death investigation case #09021242 bates stamped "In custody death inv. 001-592" |
| E | | | Medical records from San Diego Sheriff's Department. Bates stamped :In custody death inv. 208-399" |
| F | | | Medical records from UCSD. Bates stamped UCSD-TT-001-548 |
| G | | | Medical Examiner reports: Autopsy, Investigator's, Toxicology and Neuropathology. Bates stamped "In custody death inv. 409-432" |
| H | | | Exhibits to Dr. Wagner Deposition |
| I | | | Booking file regarding Tommy Tucker. Bates stamped "In custody death inv. 473-508" |
| J | | | San Diego County Sheriff's arrest contact reports regarding Tommy Tucker numbers 08074377, 09010143, 09012192, 09019005. Bates stamped "In custody death inv. 433-472" |
| K | | | JIMS (Jail Information Management System) printouts and information. Bates Stamped: "In custody death inv. 509-537" |
| L | | | Jims Classification navigator: chronological notes regarding Tommy Tucker. |

| | | | | |
|---|---|---|---|---|
| M | | | | Module 6 Area Activity Report for 2/22/09. Bates-numbered "In custody death inv. 509-537." |
| N | | | | Photographs of scene, part of the In custody death report. |
| O | | | | Tommy Tucker inmate history report |
| P | | | | San Diego County Sheriff's Department Detention Services Bureau-Manual of Policies and Procedures No. O.3, Inmate Rules and Regulations; and San Diego Central Jail Reference Manual page 7, Lockdown Procedures. |
| Q | | | | San Diego County Sheriff's Department, Addendum Section F Use of Force |
| R | | | | Detention Services Bureau policy and procedures numbers, O.1, disciplinary actions |
| S | | | | Detention Services Bureau policy and procedures numbers, T.2 Inmate orientation |
| T | | | | Detention Services Bureau policy and procedures numbers I.89, Use of force |
| U | | | | Detention Services Bureau policy and procedures numbers I.85, use of defensive devices |
| V | | | | Detention Services Bureau policy and procedures numbers I.91 use of carotid restraint. |
| W | | | | Detention Services Bureau policy and procedures numbers I.93, use of retraining equipment |
| X | | | | Detention Services Bureau policy and procedures numbers J3, segregation: definition and use. |
| Y | | | | Detention Services Bureau-Manual of Policies and Procedures No. R.1, inmate classification |
| Z | | | | Detention Services Bureau-Manual of Policies and Procedures No. R.3, inmate classification code-descriptor |
| AA | | | | Detention Services Bureau-Manual of Policies and Procedures No. R.11, inmate facility assignment criteria |
| AB | | | | Detention Services Bureau-Manual of Policies and Procedures No. I.47. Inmate Identification Wristbands and clothing. |
| AV | | | | Detention Services Bureau-Manual of Policies and Procedures No. M.25, psychiatric security unit. |

|     |     |     |     |
| --- | --- | --- | --- |
| AF  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.M.10, mentally disordered inmates |
| AE  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.T.2, treatment plan |
| AF  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.P.9, psychotropic medications |
| AG  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.M.9, medical wristbands |
| AH  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.D.4, detention outpatient psychiatric services (DPOS) |
| AI  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.P.8, Psychiatric Security Unit (PSU) |
| AJ  |     |     | Medical Services Division, Policy and Procedure Manual No. MSD.P.3, Pharmacy: controlled drugs |
| AK  |     |     | Medical Services Division Policy and Procedure Manual numbers MSD.D.1 (Death of an Inmate) |
| AL  |     |     | Medical Services Division Policy and Procedure Manual numbers MSD.C.1 (Classification of Inmates) |
| AM  |     |     | San Diego medical services enterprise records of Tommy Tucker. |
| AN  |     |     | Training transcript of Deputy Defendants |

## SABRINA SMITH V. COUNTY OF SAN DIEGO, ET AL;
No. 11cv0356-JLS(WVG)

## DEFENDANTS' WITNESS LIST

Defendants expect to present testimony from the following witnesses:

| NAME | ADDRESS/AGENCY/TOPICS |
|---|---|
| John Ferris | SDSO |
| Aaron Hoxie | SDSO |
| Michael Johnson | SDSO |
| Nikholas Johnson | SDSO |
| Benjamin Nazerian | SDSO |
| Edward Wilt | SDSO |
| Luis Gomez | SDSO |
| Harvey Seeley | SDSO |
| Michael Nicholas | SDSO |
| Rodrick Smith | SDSO |
| Keith Price | SDSO |
| Tobin Strohm | SDSO |
| Cloribel Desilva | SDSO |
| Ronald Marquez | SDSO |
| Erlinda Taylor | SDSO |
| Detective Suzanne Fiske | SDSO |
| Glenn N. Wagner, D.O. | Medical examiner |
| Earl Goldstein, M.D. | Sheriff Medical Director/non-retained expert; will testify about County of San Diego's jail medical policies and procedures as well as decedent's medical and mental health condition, treatment, and behavior. |
| Tom Neuman | Expert; physician.  To testify regarding medical issues related to causation and damages. |

| Elmer Pellegrino | Expert.  Former Los Angeles Police Department officer, currently director of a police academy.  Will testify concerning law enforcement tactics, procedures, and use of force, as well as County policies and practices. |
|---|---|
| John Ingrassia | Expert-Commander of SDSO Detention Services Bureau/non-retained expert.  To testify about jail policies, procedures, and practices. |

The following witnesses may be called if the need arises.

| Captain Daniel Pena | Captain-SDSO Detention Services Bureau/non-retained expert.  To testify about jail policies, procedures, and practices. |
|---|---|
| Eric Kelly | San Diego Fire Station I, 1222 First Avenue, San Diego,   California |
| Patrick Hester | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Jordan Buller, | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Jonathan Atkinson, | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Robert Quittner, | San Diego Medical Services, Medic Unit #68 |
| Alexandra Ahonen, | San Diego Medical Services, Medic Unit #68 |
| Dr. Hoi U, M.D., | UCSD Doctor |
| Dr. Jay Doucet | UCSD Doctor |
| Sharon Deerman | 125 Howard Drive<br>Guntersville, AL  35976 |