R.Stan Morris, Esq.
Jonathan W. Cartee, Esq.
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, Alabama 35976
TEL: (256) 582-9500
FAX: (256) 582-0200
E-Mail: stan@carteemorris.com

Julia Yoo, Esq.
IREDALE & YOO, APC
105 West F. Street, 4th Fl.
San Diego, CA 92101

Attorneys for Plaintiffs
SABRINA SMITH AND VERNA CLARK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, as Administrator Ad Litem of the Estate of Tommy Christopher Tucker, Deceased and VERNA CLARK in her capacity as Successor in Interest to Tommy Christopher Tucker,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D.GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON MOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAPERIAN; Deputy Sheriff EDWARD WILT, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 11CV0356-JLS(WVG)<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURES**<br><br>[FRCP Rule 26(a)(3)] |

COME NOW, Plaintiffs SABRINA SMITH and VERNA CLARK, by and through their attorneys of record, and submit the following Pretrial Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

**A. WITNESSES:**

Plaintiff Sabrina Smith
c/o CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, Alabama 35976
TEL: (256) 582-9500

Plaintiff Verna Clark
c/o CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, Alabama 35976
TEL: (256) 582-9500

Defendant John Ferris
San Diego County Sheriff's Office
1173 Front St
San Diego, CA 92101
(619) 610-1647

Defendant Aaron Hoxie
San Diego County Sheriff's Office
1173 Front St
San Diego, CA 92101
(619) 610-1647

Defendant Michael Johnson
San Diego County Sheriff's Office
1173 Front St
San Diego, CA 92101
(619) 610-1647

Defendant Nikholas Johnson
San Diego County Sheriff's Office
1173 Front St
San Diego, CA 92101
(619) 610-1647

Defendant Benjamin Nazerian
San Diego County Sheriff's Office
1173 Front St
San Diego, CA 92101
(619) 610-1647

Defendant Edward Wilt
San Diego County Sheriff's Office
1173 Front St

| | |
|---|---|
| 1 | San Diego, CA 92101<br>(619) 610-1647 |
| 2 | |
| 3 | Lt. Michael Nichols<br>San Diego County Sheriff's Office |
| 4 | 1173 Front St<br>San Diego, CA 92101 |
| 5 | (619) 610-1647 |
| 6 | Sgt. Rodrick Smith<br>San Diego County Sheriff's Office |
| 7 | 1173 Front St<br>San Diego, CA 92101 |
| 8 | (619) 610-1647 |
| 9 | Corporal Harvey Seeley<br>San Diego County Sheriff's Office |
| 10 | 1173 Front St<br>San Diego, CA 92101 |
| 11 | (619) 610-1647 |
| 12 | Deputy Keith Price<br>San Diego County Sheriff's Office |
| 13 | 1173 Front St<br>San Diego, CA 92101 |
| 14 | (619) 610-1647 |
| 15 | Deputy Luis Gomez<br>San Diego County Sheriff's Office |
| 16 | 1173 Front St<br>San Diego, CA 92101 |
| 17 | (619) 610-1647 |
| 18 | Nurse Ronald Marquez<br>San Diego County Sheriff's Office |
| 19 | 1173 Front St<br>San Diego, CA 92101 |
| 20 | (619) 610-1647 |
| 21 | Nurse Cloribel Desilva<br>San Diego County Sheriff's Office |
| 22 | 1173 Front St<br>San Diego, CA 92101 |
| 23 | (619) 610-1647 |
| 24 | Nurse Erlinda Taylor<br>San Diego County Sheriff's Office |
| 25 | 1173 Front St<br>San Diego, CA 92101 |
| 26 | (619) 610-1647 |
| 27 | |
| 28 | Glenn N. Wagner, D.O. |

1  Chief Medical Examiner
   San Diego Medical Examiner's Office
2  5555 Overland Ave., Suite 1411
   San Diego, CA 92123-1245
3  (858) 694-2895.

4  Detective Martinez
   San Diego County Sheriff's Office
5  1173 Front St
   San Diego, CA 92101
6  (619) 610-1647

7  San Diego Sheriff Deputy Sgt. R. Frank
   San Diego County Sheriff's Office
8  1173 Front St
   San Diego, CA 92101
9  (619) 610-1647

10 USBP Agent J. Bell
   address unknown
11
   CSI H. Kirin
12 address unknown

13 Andrea Dominguez
   address unknown
14
   Alicia Guerrero
15 12530 Royal Rd., Apt. 36,
   El Cajon, CA 92021
16
   Mark Lim
17 California Department of Corrections
   Mule Creek State Prison (MCSP)
18 P.O. Box 409020
   Ione, CA 95640
19
   Any witness listed by any Defendant in this case
20
   Rebuttal witnesses not known at this time
21

22 EXPERT WITNESSES

23 Glenn N. Wagner, D.O.,
   Chief Medical Examiner
24 San Diego County Medical Examiner's Office
   555 Overland Ave., Suite 1411
25 San Diego, CA 92123-1245
   (858) 694-2895
26
   Roger Clark
27 10207 Molino Road
   Santee CA 92071
28 (208) 351-2458.

4

B.   **DEPOSITION TESTIMONY**

Plaintiffs do not anticipate the use of deposition testimony at trial. Plaintiffs reserve the right to submit the testimony of any witness at trial through deposition testimony should any witness become unavailable for trial pursuant to FRE Rule 804 or as otherwise permitted by the Court.

C.   **EXHIBITS**

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1 | | | County of San Diego Medical Examiner's Investigative Report, Autopsy Report and Toxicology Report |
| 2 | | | Medical records of Tommy Tucker provided by the County of San Diego Medical Examiner's office |
| 3 | | | Medical records of Tommy Tucker provided by the County of San Diego Sheriff's Office |
| 4 | | | Medication Administration Records (MAR) of Tommy Tucker from 1/13/09 to 2/22/09 |
| 5 | | | Letter dated November 17, 2009 from San Diego County District Attorney Bonnie Dumanis to Sheriff William Gore re District Attorney's investigation of the death of Tommy Tucker |
| 6 | | | California State Court records pertaining to Tommy Tucker from the Superior Court of California, case number C285926DV |
| 7 | | | California State Court records pertaining to Tommy Tucker from the Superior Court of California, case number C287270DV |
| 8 | | | The In Custody Death investigation report relative to the death of Tommy Tucker |
| 9 | | | The still and moving photographs taken of Module 6D that have been produced by Defendants |
| 10 | | | The still and moving photographs taken of Module 6D taken by Plaintiff's counsel |

| | | | |
|---|---|---|---|
| 11 | | | Audio recordings of interviews of deputies and of prisoners taken as a part of the ICD investigation |
| 12 | | | Training materials used by the San Diego Sheriff's Department |
| 13 | | | Policies and Procedures of the San Diego Sheriff's Department guiding the conduct of its deputies |
| 14 | | | The compilation of still photographs derived from surveillance cameras in Module 6D that were used during the taking of Defendants' depositions. |
| 15 | | | The "cup" discovered in Module 6D during the ICD investigation |
| 16 | | | The exemplar "spit sock" |
| 17 | | | Exemplars of all hardware of the type used to restrain Tommy Tucker |
| 18 | | | An exemplar of the OC spray device(s) |
| 19 | | | The video produced by Defendants' counsel of a previous incident wherein Tommy Tucker failed to timely lock down as directed |
| 20 | | | The jail records made relative to Tommy Tucker by deputies or staff during any portion of the incarceration made the basis of this lawsuit including records of disciplinary action taken against Tommy Tucker for preciously failing to timely lock down as directed. |
| 21 | | | Booking jacket/File and medical file for Tommy Tucker |
| 22 | | | San Diego County Sheriff's arrest contact reports regarding Tommy Tucker numbers 08074377, 09010143, 09012192, 09019005 |
| 23 | | | JIMS (Jail Information Management System) printouts and information, as identified in Defendants' Initial Disclosure No. 9. |
| 24 | | | The video used on the recruitment web page for the San Diego Sheriff's Department at URL http://www.joinsdsheriff.net/detentions.wmv |
| 25 | | | Written answers to discovery propounded to any Defendant |

6

| 26 | | | Letter written by Mark Lim |
| 27 | | | Documents made an exhibit to any deposition taken in this case. |
| 28 | | | Any document that is listed or identified by any Defendant. |

Plaintiffs reserve the right to use at trial any document identified or designated by Defendants.

Date: September 5, 2013              Respectfully submitted,

*S/ Julia Yoo*
JULIA YOO
Attorney for Plaintiff