THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By DAVID L. BRODIE, Senior Deputy (SBN 156855)
   RICKY R. SANCHEZ, Senior Deputy (SBN 107559)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:  (619) 531-5649; (619) 531-4874
Facsimile:  (619) 531-6005
E-mail: david.brodie@sdcounty.ca.gov; ricky.sanchez@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Sheriff William D. Gore,
   John Ferris, Aaron Hoxie, Nikholas Johnson, Benjamin Nazerian,
   Michael Johnson and Edward Wilt

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, in her capacity as Successor in Interest Tommy Christopher Tucker and as Administrator Ad Litem of the Estate of Tommy Christopher Tucker, Deceased,<br><br>           Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D. GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON HOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAZERIAN; Deputy Sheriff EDWARD WILT, and DOES 1-20, inclusive,<br><br>           Defendants. | No. 11cv0356-JLS(WVG)<br><br>**DEFENDANTS' PRE-TRIAL DISCLOSURES**<br>**[Fed.R.Civ.P. 26(a)(3)]**<br><br><br><br><br>Courtroom 3B (Schwartz)<br>Honorable Janice L. Sammartino<br>Trial Date:  None Set |

Defendants County of San Diego, Sheriff William D. Gore, John Ferris, Aaron Hoxie, Michael Johnson, Nikholas Johnson, Benjamin Nazerian, and Edward Wilt ("Defendants") provide the following pretrial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3):

///

///

# WITNESS LIST

Defendants expect to present testimony from the following witnesses:

| NAME | ADDRESS/AGENCY/TOPICS |
|---|---|
| John Ferris | SDSO |
| Aaron Hoxie | SDSO |
| Michael Johnson | SDSO |
| Nikholas Johnson | SDSO |
| Benjamin Nazerian | SDSO |
| Edward Wilt | SDSO |
| Luis Gomez | SDSO |
| Harvey Seeley | SDSO |
| Michael Nicholas | SDSO |
| Rodrick Smith | SDSO |
| Keith Price | SDSO |
| Tobin Strohm | SDSO |
| Cloribel Desilva | SDSO |
| Ronald Marquez | SDSO |
| Erlinda Taylor | SDSO |
| Detective Suzanne Fiske | SDSO |
| Glenn N. Wagner, D.O. | Medical examiner |
| Earl Goldstein, M.D. | Sheriff Medical Director/non-retained expert; will testify about County of San Diego's jail medical policies and procedures as well as decedent's medical and mental health condition, treatment, and behavior. |
| Tom Neuman | Expert; physician.  To testify regarding medical issues related to causation and damages. |
| Elmer Pellegrino | Expert.  Former Los Angeles Police Department officer, currently director of a police academy.  Will testify concerning law enforcement tactics, procedures, and use of force, as well as County policies and practices. |

| John Ingrassia | Expert-Commander of SDSO Detention Services Bureau/non-retained expert. To testify about jail policies, procedures, and practices. |

The following witnesses may be called if the need arises.

| Captain Daniel Pena | Captain-SDSO Detention Services Bureau/non-retained expert. To testify about jail policies, procedures, and practices. |
| Eric Kelly | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Patrick Hester | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Jordan Buller, | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Jonathan Atkinson, | San Diego Fire Station I, 1222 First Avenue, San Diego, California |
| Robert Quittner, | San Diego Medical Services, Medic Unit #68 |
| Alexandra Ahonen, | San Diego Medical Services, Medic Unit #68 |
| Dr. Hoi U, M.D., | UCSD Doctor |
| Dr. Jay Doucet | UCSD Doctor |
| Sharon Deerman | 125 Howard Drive Guntersville, AL  35976 |

## EXHIBITS

Defendants expect to offer the following exhibits at trial.

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
| --- | --- | --- | --- |
| A | | | Video of central jail, module 6D |
| B | | | Diagram of Module 6 |
| C | | | Photographs of Module 6 and Photographs of scene, part of the In custody death report. |

///

///

///

///

///

Defendants may offer the following exhibits if the need arises:

| NUMBER | DATE MARKED | DATE OFFERED | DESCRIPTION |
|---|---|---|---|
| D | | | In custody death investigation case #09021242 bates stamped "In custody death inv. 001-592" |
| E | | | Medical records from San Diego Sheriff's Department. Bates stamped :In custody death inv. 208-399" |
| F | | | Medical records from UCSD. Bates stamped UCSD-TT-001-548 |
| G | | | Medical Examiner reports: Autopsy, Investigator's, Toxicology and Neuropathology. Bates stamped "In custody death inv. 409-432" |
| H | | | Exhibits to Dr. Wagner Deposition |
| I | | | Booking file regarding Tommy Tucker. Bates stamped "In custody death inv. 473-508" |
| J | | | San Diego County Sheriff's arrest contact reports regarding Tommy Tucker numbers 08074377, 09010143, 09012192, 09019005. Bates stamped "In custody death inv. 433-472" |
| K | | | JIMS (Jail Information Management System) printouts and information. Bates Stamped: "In custody death inv. 509-537" |
| L | | | Jims Classification navigator: chronological notes regarding Tommy Tucker. |
| M | | | Module 6 Area Activity Report for 2/22/09. Bates-numbered "In custody death inv. 509-537." |
| N | | | Photographs of scene, part of the In custody death report. |
| O | | | Tommy Tucker inmate history report |
| P | | | San Diego County Sheriff's Department Detention Services Bureau-Manual of Policies and Procedures No. O.3, Inmate Rules and Regulations; and San Diego Central Jail Reference Manual page 7, Lockdown Procedures. |
| Q | | | San Diego County Sheriff's Department, Addendum Section F Use of Force |
| R | | | Detention Services Bureau policy and procedures numbers, O.1, disciplinary actions |

| | | | | |
|---|---|---|---|---|
| 1 | S | | | Detention Services Bureau policy and procedures numbers, T.2 Inmate orientation |
| 2 | T | | | Detention Services Bureau policy and procedures numbers I.89, Use of force |
| 3 | U | | | Detention Services Bureau policy and procedures numbers I.85, use of defensive devices |
| 4 | V | | | Detention Services Bureau policy and procedures numbers I.91 use of carotid restraint. |
| 5 | W | | | Detention Services Bureau policy and procedures numbers I.93, use of retraining equipment |
| 6 | X | | | Detention Services Bureau policy and procedures numbers J3, segregation: definition and use. |
| 7 | Y | | | Detention Services Bureau-Manual of Policies and Procedures No. R.1, inmate classification |
| 8 | Z | | | Detention Services Bureau-Manual of Policies and Procedures No. R.3, inmate classification code-descriptor |
| 9 | AA | | | Detention Services Bureau-Manual of Policies and Procedures No. R.11, inmate facility assignment criteria |
| 10 | AB | | | Detention Services Bureau-Manual of Policies and Procedures No. I.47. Inmate Identification Wristbands and clothing. |
| 11 | AV | | | Detention Services Bureau-Manual of Policies and Procedures No. M.25, psychiatric security unit. |
| 12 | AF | | | Medical Services Division, Policy and Procedure Manual No. MSD.M.10, mentally disordered inmates |
| 13 | AE | | | Medical Services Division, Policy and Procedure Manual No. MSD.T.2, treatment plan |
| 14 | AF | | | Medical Services Division, Policy and Procedure Manual No. MSD.P.9, psychotropic medications |
| 15 | AG | | | Medical Services Division, Policy and Procedure Manual No. MSD.M.9, medical wristbands |
| 16 | AH | | | Medical Services Division, Policy and Procedure Manual No. MSD.D.4, detention outpatient psychiatric services (DPOS) |
| 17 | AI | | | Medical Services Division, Policy and Procedure Manual No. MSD.P.8, Psychiatric Security Unit (PSU) |
| 18 | AJ | | | Medical Services Division, Policy and Procedure Manual No. MSD.P.3, Pharmacy: controlled drugs |

| | | | |
|---|---|---|---|
| AK | | | Medical Services Division Policy and Procedure Manual numbers MSD.D.1 (Death of an Inmate) |
| AL | | | Medical Services Division Policy and Procedure Manual numbers MSD.C.1 (Classification of Inmates) |
| AM | | | San Diego medical services enterprise records of Tommy Tucker. |
| AN | | | Training transcript of Deputy Defendants |

DATED:                 THOMAS E. MONTGOMERY, County Counsel

By s/ *David L. Brodie*
    DAVID L. BRODIE, Senior Deputy
    RICKY R. SANCHEZ, Senior Deputy
Attorneys for Defendants County of San Diego, Sheriff William D. Gore, John Ferris, Aaron Hoxie, Nikholas Johnson, Benjamin Nazerian, Michael Johnson, and Edward Wilt
E-Mail: david.brodie@sdcounty.ca.gov