THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By DAVID L. BRODIE, Senior Deputy (SBN 156855)
   RICKY R. SANCHEZ, Senior Deputy (SBN 107559)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:  (619) 531-5649; (619) 531-4874
Facsimile:  (619) 531-6005
E-mail: david.brodie@sdcounty.ca.gov; ricky.sanchez@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Sheriff William D. Gore,
   John Ferris, Aaron Hoxie, Nikholas Johnson, Benjamin Nazerian,
   Michael Johnson and Edward Wilt

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, in her capacity as Successor in Interest Tommy Christopher Tucker and as Administrator Ad Litem of the Estate of Tommy Christopher Tucker, Deceased,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D. GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON HOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAZERIAN; Deputy Sheriff EDWARD WILT, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | No. 11cv0356-JLS(WVG)<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRE-TRIAL DISCLOSURES**<br><br><br>Courtroom 3B (Schwartz)<br>Honorable Janice L. Sammartino<br>Trial Date:  None Set |

Defendants County of San Diego, Sheriff William D. Gore, John Ferris, Aaron Hoxie, Michael Johnson, Nikholas Johnson, Benjamin Nazerian, and Edward Wilt ("Defendants") object on the following grounds to Plaintiffs' pretrial disclosures identified under Federal Rules of Civil Procedure, Rule 26(a)(3)(A)(iii):

///

///

| EXH. NO. | DESCRIPTION | OBJECTION |
|---|---|---|
| 1 | County of San Diego Medical Examiner's Investigative Report, Autopsy Report and Toxicology Report | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 2 | Medical records of Tommy Tucker provided by the County of San Diego Medical Examiner's office | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 3 | Medical records of Tommy Tucker provided by the County of San Diego Sheriff's Office | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 4 | Medication Administration Records (MAR) of Tommy Tucker from 1/13/09 to 2/22/09 | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 5 | Letter dated November 17, 2009 from San Diego County District Attorney Bonnie Dumanis to Sheriff William Gore re District Attorney's investigation of the death of Tommy Tucker | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 6 | California State Court records pertaining to Tommy Tucker from the Superior Court of California, case number C285926DV | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 7 | California State Court records pertaining to Tommy Tucker from the Superior Court of California, case number C287270DV | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 8 | The In Custody Death investigation report relative to the death of Tommy Tucker | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 9 | The still and moving photographs taken of Module 6D that have been produced by Defendants | Irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 10 | The still and moving photographs taken of Module 6D taken by Plaintiff's counsel | Irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |

///

///

| | | |
|---|---|---|
| 11 | Audio recordings of interviews of deputies and of prisoners taken as a part of the ICD investigation | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 12 | Training materials used by the San Diego Sheriff's Department | Irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 13 | Policies and Procedures of the San Diego Sheriff's Department guiding the conduct of its deputies | Irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 14 | The compilation of still photographs derived from surveillance cameras in Module 6D that were used during the taking of Defendants' depositions. | Authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 15 | The "cup" discovered in Module 6D during the ICD investigation | |
| 16 | The exemplar "spit sock" | |
| 17 | Exemplars of all hardware of the type used to restrain Tommy Tucker | Irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 18 | An exemplar of the OC spray device(s) | Irrelevant, authentication, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 19 | The video produced by Defendants' counsel of a previous incident wherein Tommy Tucker failed to timely lock down as directed | Irrelevant, hearsay, authentication, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 20 | The jail records made relative to Tommy Tucker by deputies or staff during any portion of the incarceration made the basis of this lawsuit including records of disciplinary action taken against Tommy Tucker for preciously failing to timely lock down as directed. | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 21 | Booking jacket/File and medical file for Tommy Tucker | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 22 | San Diego County Sheriff's arrest contact reports regarding Tommy Tucker numbers 08074377, 09010143, 09012192, 09019005 | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |

///

| | | |
|---|---|---|
| 23 | JIMS (Jail Information Management System) printouts and information, as identified in Defendants' Initial Disclosure No. 9. | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 24 | The video used on the recruitment web page for the San Diego Sheriff's Department at URL http://www.joinsdsheriff.net/detentions.wmv | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 25 | Written answers to discovery propounded to any Defendant | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 26 | Letter written by Mark Lim | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 27 | Documents made an exhibit to any deposition taken in this case. | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |
| 28 | Any document that is listed or identified by any Defendant. | Hearsay, authentication, irrelevant, unduly prejudicial/ confusing/ waste of time (Evid. Code 402, 403) |

DATED:                              THOMAS E. MONTGOMERY, County Counsel

By s/ *David L. Brodie*
     DAVID L. BRODIE, Senior Deputy
     RICKY R. SANCHEZ, Senior Deputy
Attorneys for Defendants County of San Diego, Sheriff William D. Gore, John Ferris, Aaron Hoxie, Michael Johnson, Nikholas Johnson, Benjamin Nazerian, and Edward Wilt
E-Mail: david.brodie@sdcounty.ca.gov