Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, California 92101-6036
Telephone: 619.233.1525
Facsimile: 619.233.3221

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(The Honorable Janis L. Sammartino)

| | |
|---|---|
| SABRINA SMITH, et al. | Case No: Case No. 11CV0356 JLS (WVG) |
| Plaintiffs, | |
| v. | **OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES** |
| COUNTY OF SAN DIEGO, et al. | |
| Defendants. | Pre-trial Conf: September 26, 2013<br>Time: 1:30 p.m. |

　　Plaintiffs hereby object to Defendants Pretrial Disclosures on the following grounds pursuant to FRCP Rule 26.

////

////

| Exhibit Number | Description | Objection |
|---|---|---|
| D | In custody death investigation case #09021242 bates stamped "In custody death inv. 001-592 | Hearsay, relevance, authentication, FRE 403 |
| I | Booking file regarding Tommy Tucker. Bates stamped "In custody death inv. 473-508 | Hearsay, relevance, authentication, FRE 403 |
| J | San Diego County Sheriff's arrest contact reports regarding Tommy Tucker numbers 08074377, 09010143, 09012192, 09019005. Bates stamped "In custody derath inv. 433-472" | Hearsay, relevance, authentication, FRE 403 |
| K | JIMS (Jail Information Management System) printouts and information. Bates stamped: "IN custody death inv. 509-537" | Hearsay, relevance, authentication, FRE 403 |
| L | Jims Classification navigator: chronological notes regarding Tommy Tucker. | Hearsay, relevance, authentication, FRE 403 |
| M | Module 6 Area Activiy Report for 2/22/09. Bates-numbered "In custody death inv. 509-537" | Hearsay, relevance, authentication, FRE 403 |
| O | Tommy Tucker inmate history report | Hearsay, relevance, authentication, FRE 403 |
| AM | San Diego medical services enterprise records of Tommy Tucker. | Hearsay, relevance, authentication, FRE 403 |
| AN | Training transcript of Deputy Defendants | Hearsay, relevance, authentication, FRE 403 |

DATED:   September 19,  2013                Respectfully submitted,


   /s/     *Julia Yoo*
EUGENE G. IREDALE
JULIA YOO
Attorneys for Plaintiffs

1