R.Stan Morris, Esq.
Jonathan W. Cartee, Esq.
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, Alabama 35976
TEL: (256) 582-9500
FAX: (256) 582-0200
E-Mail: stan@carteemorris.com

Julia Yoo, Esq.
IREDALE & YOO, APC
105 West F. Street, 4th Fl.
San Diego, CA 92101

Attorneys for Plaintiffs
SABRINA SMITH AND VERNA CLARK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, as Administrator Ad Litem of the Estate of Tommy Christopher Tucker, Deceased and VERNA CLARK in her capacity as Successor in Interest to Tommy Christopher Tucker,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D.GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON MOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAPERIAN; Deputy Sheriff EDWARD WILT, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 11CV0356-JLS(WVG)<br><br>**NOTICE OF CHANGE OF ADMINISTRATOR *AD LITEM*** |

1    COME NOW, Plaintiffs SABRINA SMITH and VERNA CLARK, by and through their attorneys of record, and submit the following notice of change of administrator *ad litem*.

Sabrina Smith, who had been serving as the administrator *ad litem* for the estate of Tommy Tucker, voluntarily relinquished the appointment on November 7, 2013 due to her deteriorating health. (Exhibit A). The probate court in Marshall County, Alabama appointed Plaintiff Verna Clark as the administrator *ad litem* for the estate of Tommy Tucker on November 8, 2013. (Exhibit B).

Date: November 12, 2013                         Respectfully submitted,

                                                *S/ Julia Yoo*
                                                JULIA YOO
                                                Attorney for Plaintiffs

2