# EXHIBIT A

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF ) | IN THE PROBATE COURT |
| TOMMY CHRISTOPHER TUCKER ) | OF MARSHALL COUNTY, ALABAMA |
| ) | |
| DECEASED. ) | CASE NO. 10-327 |

## VOLUNTEER RELINQUISHMENT OF APPOINTMENT OF ADMINISTRATOR AD LITEM

Comes now, Sabrina Smith, Administrator Ad Litem for the Estate of Tommy Christopher Tucker, deceased, and asks this Honorable Court to be removed as Administrator Ad Litem and as grounds states as follows:

1. My health has deteriorated to the point that I feel that I cannot perform the duties for my brother's estate.

Attorneys for Administrator Ad Litem:

_____
Administrator Ad Litem Signature

Jonathan W. Cartee
R. Stan Morris
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, Al 35976

Sabrina Smith
Administrator Ad Litem Name
664 City Road 1598
Boilerstown, AL 35901
Address

**STATE OF ALABAMA** )
**MARSHALL COUNTY** )

I, the undersigned, a Notary Public in and for said County in said State, herby certify that Sabrina Smith, whose name is signed to the foregoing and who is known to me, acknowledge before me on this date that, being informed of the contents of said document, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal of office this the 7th day of November, 2013.

_____
Notary Public
My Commission Expires: **My Commission Expires: May 24, 2017**

## FILED IN OFFICE

NOV 0 8 2013

TIM MITCHELL
JUDGE OF PROBATE
By_____