# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Smith v. County of San Diego, *et al.*
No. 11-CV-0356-JLS (WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL     RPTR.

Attorneys

Plaintiffs                                                                 Defendants

This Court will hold a telephonic Status Conference on November 15, 2013, at 7:30 a.m. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED:  November 12, 2013

Hon. William V. Gallo
U.S. Magistrate Judge