# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, in her capacity as Successor in Interest to Tommy Christopher Tucker; and VERNA CLARK, in her capacity as Administrator Ad Litem of the Estate of Tommy Christopher Tucker,<br><br>                              Plaintiffs,<br>   vs.<br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D. GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON HOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAZERIAN; Deputy Sheriff EDWARD WILT; and DOES 1–20, inclusive,<br><br>                              Defendants. | CASE NO. 11-CV-356 JLS (WVG)<br><br>**ORDER *SUA SPONTE* VACATING NOVEMBER 21, 2013 PRETRIAL CONFERENCE** |

In light of the telephonic status conference scheduled for November 15, 2013 before Magistrate Judge Gallo (ECF No. 68), the Court hereby *sua sponte* **VACATES** the pretrial conference scheduled for November 21, 2013.

///

///

- 1 -

11cv356

Counsel shall discuss the rescheduling of the pretrial conference during the November 15, 2013 status conference.

**IT IS SO ORDERED**.

DATED: November 13, 2013

_____
Honorable Janis L. Sammartino
United States District Judge