R.Stan Morris, Esq.
Jonathan W. Cartee, Esq.
CARTEE & MORRIS, LLC
2325 Henry Street
Guntersville, Alabama 35976
TEL: (256) 582-9500
FAX: (256) 582-0200
E-Mail: stan@carteemorris.com

Julia Yoo, Esq.
IREDALE & YOO, APC
105 West F. Street, 4th Fl.
San Diego, CA 92101

Attorneys for Plaintiffs
SABRINA SMITH AND VERNA CLARK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, as Administrator Ad Litem of the Estate of Tommy Christopher Tucker, Deceased and VERNA CLARK in her capacity as Successor in Interest to Tommy Christopher Tucker,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D.GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON MOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAPERIAN; Deputy Sheriff EDWARD WILT, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 11CV0356-JLS(WVG)<br><br>**NOTICE OF DISMISSAL OF THE ESTATE OF TOMMY TUCKER** |

1  COME NOW the Plaintiffs, by and through their attorneys of record, and
2  respectfully submit this notice of dismissal of all causes of action in the Complaint
3  on behalf of the Estate of Tommy Tucker with prejudice:
4  Each party is to bear their own costs.
5
6  Date: November 13, 2013                    Respectfully submitted,
7
8                                             *S/ Julia Yoo*
   JULIA YOO
   Attorney for Plaintiffs