# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA CLARK, in her capacity as Administrator Ad Litem of the Estate of Tommy Christopher Tucker; and VERNA CLARK, in her capacity as Successor in Interest to Tommy Christopher Tucker,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; Sheriff WILLIAM D. GORE; Deputy Sheriff JOHN FERRIS; Deputy Sheriff AARON HOXIE; Deputy Sheriff MICHAEL JOHNSON; Deputy Sheriff NIKHOLAS JOHNSON; Deputy Sheriff BENJAMIN NAZERIAN; Deputy Sheriff EDWARD WILT; and DOES 1–20, inclusive,<br><br>Defendants. | CASE NO. 11-CV-356 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 75) |

Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 75.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties ask the Court to dismiss the above-captioned action with prejudice. (*Id.* at 2.) Good cause appearing, the parties' Joint Motion is **GRANTED**. All claims in the above-captioned action are **DISMISSED WITH PREJUDICE**. As agreed by the parties, each party shall bear its

own costs with respect to this action.

**IT IS SO ORDERED**.

DATED: December 2, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge